UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 13-1851-SP | Date | April 21, 2014 |
|---|---|---|---|
| Title | TAMMARA THOMPSON v. CAROLYN W. COLVIN, Acting Commissioner of Social Security Administration | | |

| Present: The Honorable | Sheri Pym, United States Magistrate Judge | |
|---|---|---|
| Kimberly Carter | n/a | n/a |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |// 
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendant: |
| n/a | | n/a |

**Proceedings:** **(In Chambers) Order to Show Cause Why Case Should Not Be Dismissed for Failure to Prosecute**

On October 21, 2013 plaintiff filed a Complaint for Review of Final Decision of the Commissioner of Social Security pursuant to 42 U.S.C. § 405(g).  On October 23, 2013, the court issued its Case Management Order in this matter.  The Case Management Order set forth, inter alia, a schedule for filing of the Answer followed by plaintiff's Memorandum in Support of Plaintiff's Complaint.  Defendant filed her Answer on March 18, 2014.  Plaintiff's Memorandum in Support of Plaintiff's Complaint was therefore due on April 17, 2014.

To date, the court has received no such Memorandum from plaintiff.  Nor has plaintiff requested or obtained an order from the court granting an extension of time to do so.  It therefore appears that plaintiff has violated the court's orders and is not properly prosecuting this matter.

Accordingly, the court hereby issues this Order to plaintiff to Show Cause in writing not later than **May 6, 2014** why this action should not be dismissed for failure to prosecute.  Plaintiff may discharge the Order to Show Cause by filing, not later than May 6, 2014, a written request for a reasonable extension of time for plaintiff to prepare, file, and serve a Memorandum in Support of Plaintiff's Complaint.

**The court warns plaintiff that failure to respond to the Order to Show Cause by May 6, 2014, or further failure to prosecute this action in accordance with the Case Management Order and other court orders, may result in dismissal of this action for failure to prosecute.**